# CIVIL CAUSE FOR HEARING IN AID OF JUDGMENT

## BEFORE: JUDGE FEUERSTEIN

**DATE**: December 22, 2009      **TIME**: 30 minutes

**CASE NUMBER**:   04-cv-02276-SJF-WDW

**CASE TITLE**:   Securities and Exchange Commission v. Symbol Technologies, Inc. et al

**PLTFFS ATTY**:   Todd Brody - FOR THE S.E.C.
　　　　　　　　　X present　　　　___ not present

**DEFTS ATTY**:   Jeff Coopersmith and Karen Tanenbaum for TOMO RAZMILOVIC
　　　　　　　　　X present　　　　___ not present

**COURT REPORTER**: Paul Lombardi

**COURTROOM DEPUTY: BRYAN MORABITO**

**OTHER**: _____

X　CASE CALLED.

_　ARGUMENT HEARD / CONT'D TO _____.

X　DECISION:   ENTERED ON THE RECORD.

**OTHER:** Plaintiff's motion for default is granted for reasons stated on the record.